Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–24217–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Norman Jones
   349 Lafayette Drive
   Brick, NJ 08723

Social Security No.:
   xxx–xx–4410

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          10/17/16
Time:          10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 9, 2016
JJW: pbf

James J. Waldron
Clerk, U. S. Bankruptcy Court

```
                           United States Bankruptcy Court
                               District of New Jersey
In re:                                                           Case No. 16-24217-KCF
Michael Norman Jones                                             Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin             Page 1 of 1          Date Rcvd: Aug 09, 2016
                             Form ID: 132            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db             Michael Norman Jones,    349 Lafayette Drive,    Brick, NJ 08723
516304512     +Aspire Credit Union,     77 Brant Avenue,    Suite 205,    Clark, NJ 07066-1540
516304513     +Bank of America,    C/O Fein Such Kahn & Shepard,     7 Centrury Drive,
                Parsippany, NJ 07054-4603
516304514      Capital One Bank, USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
516304516     +Chase Card,   C/O Foster Garbus,     60 Motor Parkway,    Commack, NY 11725-5710
516304515      Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
516304517      CitiCards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
516304518     +Fred Meyer,   C/O Portfolio Associates,     PO Box 12914,    Norfolk, VA 23541-0914
516304519     +GMAC,   801 Cherry Street,    Suite 3500,    Fort Worth, TX 76102-6854
516304520      HSBC,   PO Box 9,    Buffalo, NY 14240-0009
516304521      Intelligent Energy,    C/O Transworld Systems Inc,     2235 Mercury Way, Suite 275,
                Santa Rosa, CA 95407-5463
516304525     +Midland Credit Management, Inc.,     PO Box 2121,    Warren, MI 48090-2121
516304526      Northstar Location Services, LLC,     Attn: Financial Services Dept.,    PO Box 49,
                Bowmansville, NY 14026-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2016 23:32:21      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2016 23:32:18      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516304522     +E-mail/Text: cio.bncmail@irs.gov Aug 09 2016 23:31:56      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
516304523      E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2016 23:24:12      Lowes,   PO Box 965003,
                Orlando, FL 32896-5003
516304524     +E-mail/Text: dschobel@certifiedcollection.com Aug 09 2016 23:32:09      Meridan Health,
                C/O Certified Credit,    PO Box 336,   Raritan, NJ 08869-0336
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor Michael Norman Jones erothesq@gmail.com
                                                                                             TOTAL: 3
```