Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−24217−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Norman Jones
   349 Lafayette Drive
   Brick, NJ 08723

Social Security No.:
   xxx−xx−4410

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/25/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 25, 2016
JJW: dmi

                                                                James J. Waldron
                                                                Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 16-24217-KCF
Michael Norman Jones                                                  Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 1          Date Rcvd: Oct 25, 2016
                              Form ID: 148               Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db             Michael Norman Jones,    349 Lafayette Drive,    Brick, NJ 08723
516304512     +Aspire Credit Union,    77 Brant Avenue,   Suite 205,    Clark, NJ 07066-1540
516335425     +Aspire Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Avenue,
               Tinton Falls, NJ 07724-3001
516304516     +Chase Card,   C/O Foster Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
516304518     +Fred Meyer,   C/O Portfolio Associates,    PO Box 12914,   Norfolk, VA 23541-0914
516304519     +GMAC,   801 Cherry Street,   Suite 3500,   Fort Worth, TX 76102-6854
516304521      Intelligent Energy,    C/O Transworld Systems Inc,    2235 Mercury Way, Suite 275,
               Santa Rosa, CA 95407-5463
516304525     +Midland Credit Management, Inc.,    PO Box 2121,   Warren, MI 48090-2121
516304526      Northstar Location Services, LLC,    Attn: Financial Services Dept.,    PO Box 49,
               Bowmansville, NY 14026-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2016 23:01:55     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2016 23:01:52    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516304513     +EDI: BANKAMER2.COM Oct 25 2016 22:38:00     Bank of America,   C/O Fein Such Kahn & Shepard,
               7 Centrury Drive,    Parsippany, NJ 07054-4603
516304514      EDI: CAPITALONE.COM Oct 25 2016 22:38:00     Capital One Bank, USA,   PO Box 30281,
               Salt Lake City, UT 84130-0281
516304515      EDI: CHASE.COM Oct 25 2016 22:38:00     Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
516304517      EDI: CITICORP.COM Oct 25 2016 22:38:00     CitiCards CBNA,   PO Box 6241,
               Sioux Falls, SD 57117-6241
516304520      EDI: HFC.COM Oct 25 2016 22:38:00     HSBC,   PO Box 9,   Buffalo, NY 14240-0009
516304522     +EDI: IRS.COM Oct 25 2016 22:38:00     Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
516304523      EDI: RMSC.COM Oct 25 2016 22:38:00     Lowes,   PO Box 965003,   Orlando, FL 32896-5003
516304524     +E-mail/Text: bankruptcy@certifiedcollection.com Oct 25 2016 23:01:43     Meridan Health,
               C/O Certified Credit,    PO Box 336,   Raritan, NJ 08869-0336
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Eugene D. Roth    on behalf of Debtor Michael Norman Jones erothesq@gmail.com
                                                                                             TOTAL: 4
```