UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

CN 4853

Trenton, NJ   08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Michael Norman Jones

**Order Filed on October 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-24217 / KCF

Hearing Date: October 17, 2016

Judge:  Kathryn C. Ferguson

**ORDER OF DISMISSAL**

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file required schedules, statements, plan and/or summary

- failure to file a feasible plan, income and/or budget statement

- failure to make all required pre-confirmation payments to the Trustee

- lack of prosecution

- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24217-KCF
Michael Norman Jones                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin           Page 1 of 1           Date Rcvd: Oct 25, 2016
                               Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
db              Michael Norman Jones,    349 Lafayette Drive,    Brick, NJ  08723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth   on behalf of Debtor Michael Norman Jones erothesq@gmail.com
                                                                           TOTAL: 4